## El Pueblo, Demandante y Apelado, *v.* Márquez, Acusado y Apelante.

Apelación procedente de la Corte de Distrito de San Juan, Sección Segunda en causa por delito de acometimiento y agresión con circunstancias agravantes.

No. 1385.—Resuelto en abril 28, 1919.

Acometimiento y Agresión—Circunstancias Agravantes—Premeditación.—En el delito de acometimiento y agresión no es necesario alegar ni probar el elemento de premeditación, siendo bastante con que se pruebe la intención criminal o *mens rea.*

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. José de J. Tizol* y *Antonio Trujillo.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

El único error que ha sido alegado en esta apelación y discutido ante este tribunal es que la sentencia es contraria a la prueba por cuanto la acusación fué por el delito de acometimiento y agresión con circunstancias agravantes y la prueba no demostró que hubiera habido premeditación por parte del apelante.

El delito de acometimiento y agresión se define como sigue:

"Sección 1.—Todo acto ilegal de inferir algún daño violento en la persona de algún semejante con la intención de causarle daño, cualquiera que sean los medios o el grado de violencia que se emplearen, constituirán un delito de acometimiento y agresión. Toda tentativa para cometer una agresión, o cualquiera señal de amenaza que demuestre en sí o con palabras una intención inmediata acompañada de actitud para cometer la agresión, será considerado como un acometimiento." Ley de 1904, página 41.

El acometimiento y agresión será considerado con circunstancias agravantes cuando se cometiere bajo determinadas circunstancias de las cuales citamos la número 9.

"9. Cuando se cometiere con intención premeditada para el fin calculado de inferir graves heridas corporales."

Este es el único artículo que emplea la palabra "premeditada," y parece ser la excepción que confirma la regla.

En general, el asesinato es el único delito en que se emplea violencia en que es necesaria la premeditación. En el homicidio o cualquier delito inferior únicamente deberá probarse la intención criminal o *mens rea*. A veces dicha intención se infiere del principio de que debe presumirse que una persona intenta las consecuencias naturales y probables de sus actos. *El Pueblo* v. *Blandford*, 23 D. P. R. 625; *El Pueblo* v. *Astacio*, 23 D. P. R. 842.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Aldrey y Hutchison.

El Juez Asociado Sr. del Toro no intervino en la resolución de este caso.